## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAUREL HILBERT** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| v. | ) Case No.: 1:23-cv-01572-RC |
| | ) |
| | ) |
| **PHILZ COFFEE, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Defendant Philz Coffee, Inc. ("Philz"), by counsel, hereby notifies this Court that the parties have reached a settlement in principle. In support, Philz states:

1. On June 1, 2023, Plaintiff filed his Complaint in this Court.

2. On June 16, 2023, Plaintiff served a copy of the Summons and Complaint on Philz.

3. On July 7, 2023, this Court entered a consent order to extend the time for Philz to file a responsive pleading to Plaintiff's Complaint through and including July 28, 2023.

4. Twenty days later, this Court entered a second consent order to extend the time for Philz to file a responsive pleading to Plaintiff's Complaint through and including August 4, 2023.

5. Since then, the parties have come to an agreement in principle and are working to finalize and execute formal settlement papers.

Dated: August 4, 2023                                Respectfully submitted,

                                                     /s/ *Jeremy D. Camacho*
                                                     Brian A. Scotti, Esq. (Bar No. 497125)
                                                     Jeremy D. Camacho, Esq. (Bar No. 1034407)
                                                     GORDON REES SCULLY MANSUKHANI, LLP
                                                     277 S. Washington Street, Suite550
                                                     Alexandria, Virginia 22314
                                                     T: (202) 372-9096
                                                     F: (202) 800-2999
                                                     E: bscotti@grsm.com
                                                     E: jcamacho@grsm.com

                                                     *Counsel for Defendant Philz Coffee, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2023, a copy of the foregoing was delivered electronically via the Case Management/Electronic Case Filing system to all counsel of record.

/s/ *Jeremy D. Camacho*
Jeremy D. Camacho, Esq.